UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JAMES REED COLES, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )  Civil No. 2:11-219-GZS |
| | ) |
| SUDIE REID-COLES, aka TERAH SPRAGUE CHADBROWN | ) ) |
| | ) |
|     Defendant | ) |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 2, 2011, her Recommended Decision (Docket No. 56). Defendant filed her Objection to the Recommended Decision (Docket No. 59) on November 22, 2011. Defendant filed an additional Response to the Recommended Decision (Docket No. 60) on November 23, 2011. Plaintiff filed a Response to Defendant's Objection to the Recommended Decision (Docket No. 61) on December 9, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

      2.      It is hereby **ORDERED** Plaintiff's Motion to Remand (Docket No. 21) is **GRANTED** and this matter is **REMANDED** to the West Bath District Court for any further post-judgment proceedings in connection with this domestic relations matter.

      /s/George Z. Singal_____
      U.S. District Judge

Dated this 13th day of December, 2011.