UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **TERAH SPRAGUE CHADBROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.   2:11-cv-00145-GZS |
| | ) | |
| **JAMES REED COLES,** | ) | |
| | ) | |
| **Defendant** | ) | |
| -------------------------------------------------------- | ) | |
| | ) | |
| **JAMES R. COLES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No.   2:11-cv-00219-GZS |
| v. | ) | |
| | ) | |
| **SUDIE REID COLES, a/k/a** | ) | |
| **Terah Sprague Chadbrown,** | ) | |
| | ) | |
| **Defendant** | ) | |

**ORDER AFFIRMING THE
<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 92 in 2:11-cv-00145) and (ECF No. 83 in 2:11-cv-00219) both filed November 6, 2012, the Recommended Decisions are **<u>AFFIRMED</u>**.

Accordingly, it is **<u>ORDERED</u>** that the motion for fees (ECF No. 89 in 2:11-cv-00145) is hereby **<u>DENIED</u>** and that the motion for fees (ECF No. 81 in 2:11-cv-00219) is hereby **<u>GRANTED</u>** in the reduced amount of $3,731.25.

  /s/ George Z. Singal      
United States District Judge

Dated this 4th day of December, 2012.